

**JACOBOWITZ
NEWMAN TVERSKY** LLP

# MEMORANDUM ENDORSED

February 20, 2026

<u>VIA ECF</u>
Hon. Gregory H. Woods, U.S.D.J.
Daniel Patrick Moynihan United States District Courthouse
500 Pearl Street, Courtroom 12C
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/20/2026
```

Re:  Nisht Unzereh, Inc. v. Resurrection Power and Living Bread Ministries, et al
S.D.N.Y. Docket No. 25-cv-10700 (GHW)

Honorable Sir:

Our office represents Nisht Unzereh, Inc. ("Plaintiff "), in the above-referenced matter. We submit this letter with the consent of counsel for the appearing defendants, Samuel K. Danso and Resurrection Power and Living Bread Ministries International North Bronx, New York Inc. (collectively, the "Defendants").

With Your Honor's permission, the parties are jointly seeking the Court's permission to adjourn the initial case management conference scheduled for March 3, 2026 at 3 pm to March 17, 2026 at 3 pm and the parties will comply with Your Honor's rules as to the submissions due prior to the conference based on the adjourned conference date. This is the first request to adjourn this conference and the reason for the request is that the Defendants' time to answer the Complaint was extended until March 6, 2026.

Should Your Honor have any questions regarding same or require anything further, please do not hesitate to contact the undersigned.

Yours truly,
*/s/ Aviva Francis*
Aviva Francis

cc: Matthew J. Walters, Esq. (Via ECF)

Application granted.  The conference scheduled for March 3, 2026 is adjourned to March 17, 2026 at 3:00 p.m. The parties' submissions as specified in the order setting the initial pretrial conference are due no later than March 10, 2026.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 16.

SO ORDERED.
Dated:  February 20, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

377 PEARSALL AVENUE, SUITE C, CEDARHURST, NEW YORK 11516 | P: 212.221.9610 | F: 646.751.1506
WWW.JNTLLP.COM